**NEWPORT NEWS SHIPBUILDING
AND DRY DOCK COMPANY,
Petitioner,**

v.

**Nellie HASTINGS, Widow of Joseph R. Hastings; Director, Office of Workers' Compensation Programs, United States Department of Labor, Respondents.**

**No. 01–1056.**

United States Court of Appeals,
Fourth Circuit.

Submitted May 18, 2001.

Decided June 7, 2001.

Jonathan H. Walker, Mason, Cowardin & Mason, P.C., Newport News, VA, for petitioner. Gary R. West, Patten, Wornom, Hatten & Diamonstein, L.C., Newport News, VA, for respondents.

Before WILKINS, MICHAEL, and GREGORY, Circuit Judges.

PER CURIAM.

Newport News Shipbuilding & Dry Dock Company petitions for review of the

decision and order of the Benefits Review Board affirming the Administrative Law Judge's decision and orders awarding benefits and attorney fees. We affirm.

We find that the ALJ's finding that Joseph R. Hastings had asbestosis and that it hastened his death is supported by substantial evidence. *See* 33 U.S.C. § 921(b)(3) (1994); *Gilchrist v. Newport News Shipbuilding & Dry Dock Co.*, 135 F.3d 915, 918 (4th Cir.1998). We further find that the ALJ did not abuse its discretion by awarding attorney fees to the Claimant.

Accordingly, we affirm the Board's decision and order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

Before WILKINS and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.